Thomas Hook and Uriah Inghram, Executors of Thomas Goodwin, Deceased, Appellants, *v.* Z. G. White, alias Zaddock G. White, Wm. Blair, alias William Blair and Mordecai Kent.

*Principal and surety—Opening judgment—Fraud—Appeals.*

The Supreme Court will not reverse an order of the common pleas making absolute a rule to open a judgment against sureties on a promissory note, where the evidence tends to show that the note was given without any consideration, and for a fraudulent purpose which was known to the payee and the principal, and unknown to the sureties at the time they signed it.

Argued Oct. 19, 1899. Appeal, No. 19, Oct. T., 1899, by plaintiffs, from order of C. P. Greene Co., June T., 1899, No. 8, making absolute a rule to open judgment. Before STERRETT, C. J., GREEN, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

Rule to open judgment. CRAWFORD, P. J., filed the following opinion:

In this proceeding the defendants, Kent and Blair, ask that judgment be opened and that they be permitted to defend against the note in suit, on the ground that it was given without any consideration and for a fraudulent purpose, which was known to Goodwin, the payee, and to Z. G. White, the principal, but which was not at the time known to either Kent or Blair who signed it as sureties, and as they allege in good faith as a bona fide transaction. There is, as we think, sufficient in the testimony to warrant us in directing an issue to determine the question of their liability. Since the case will go to the jury, we deem it unnecessary to further discuss at this time the merits of the defense, any more than to say that we think the reasons relied upon would be adequate if sufficiently established at the trial. The rule will therefore be made absolute.

*Error assigned* was the order of the court.

*Frank W. Downey,* with him *James J. Purman,* for appellants.

*William A. Hook, J. A. J. Buchanan* and *D. S. Walton*, for appellee, were not heard.

PER CURIAM, October 30, 1899:

This appeal is from the decree of the court below making absolute the rule to show cause why the judgment should not be opened as to William Blair and Mordecai Kent, two of the defendants therein.

In view of the evidence the learned judge of the common pleas was fully warranted in making the decree. It is unnecessary as well as improper at this time to review or discuss the testimony. That will be in order when the issue is tried before a jury.

Neither of the specifications is sustained. Decree affirmed and appeal dismissed at appellants' costs.